# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH SHIVAK,
        Appellant,

vs.

THOMAS HOUSTON,
        Respondent.

No. 73027

**FILED**

JUN 2 8 2017

*[signature]*

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for reconsideration of an order of dismissal and release of funds to respondent. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). Written notice of the court's order dismissing the action and releasing the disputed funds was filed and served on November 8, 2016. Appellant's notice of appeal was therefore due on or before December 12, 2016, unless appellant filed a timely tolling motion. Appellant filed his motion for reconsideration on March 3, 2017, well after the 10 days allowed for filing such a motion. *See* EDCR 2.24(b), NRCP 59. While a timely-filed motion for reconsideration will toll the time to appeal, an untimely motion for reconsideration does not toll the time to appeal. *See* NRAP 4(a)(6); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010);

17-21582

*Morrell v. Edwards*, 98 Nev. 91, 93, 640 P.2d 1322, 1324 (1982). Therefore, appellant's notice of appeal was untimely filed.

Finally, an order denying a motion for reconsideration is not independently appealable. *See Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007) ("an order denying reconsideration is not appealable"); *Rico v. Rodriguez*, 121 Nev. 695, 700 n.1, 120 P.3d 812, 815 n.1 (2005).

We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Jerry A. Wiese, District Judge
Keith Shivak
Day & Nance
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A